UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAILEY LAW FIRM, P.C.,

    Plaintiff,

v.

    Case No. 23-10535

    HONORABLE DENISE PAGE HOOD

TRAVELERS INDEMNITY COMPANY,

    Defendant.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

On January 31, 2024, Defendant Travelers Indemnity Company filed a Notice of Bankruptcy stating that a bankruptcy action was filed by Plaintiff Dailey Law Firm, P.C. The Bankruptcy Trustee is the real party in interest, the representative of the bankruptcy estate who may sue and be sued, and has the exclusive authority to pursue prepetition causes of action belonging to the debtor. 11 U.S.C. § 541(a)(1); *Stevenson v. J.C. Bradford & Co. (In re Cannon)*, 277 F.3d 838, 853 (6th Cir. 2002). This action is subject to the automatic stay provision under 11 U.S.C. § 362(a)(3); *In re Nicole Gas Production, Ltd.*, 916 F.3d 566, 570 (6th Cir. 2019).

Accordingly,

IT IS ORDERED that this action is **STAYED pursuant to 11 U.S.C. § 362(a) and ADMINISTRATIVELY CLOSED.** The action may be reopened once any

party provides the Court with notice that the bankruptcy stay has been lifted.

                                                s/Denise Page Hood
                                                DENISE PAGE HOOD
                                                UNITED STATES DISTRICT JUDGE

DATED: February 16, 2024